UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

------------------------------------------------------- x
NetCoalition and Securities Industry and
Financial Markets Association,

    Petitioners,

    v.

    Case No.: 12-1050

United States
Securities and Exchange Commission,

    Respondent.
------------------------------------------------------- x

## STIPULATION

Pursuant to the provisions of Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned, who are all of the parties to the above-captioned review proceeding, stipulate and agree that this proceeding shall be dismissed. The undersigned further stipulate and agree that each party shall bear its own costs.

Dated: May 30, 2013                                          Respectfully submitted,

SIDLEY AUSTIN LLP                                            WILLKIE FARR & GALLAGHER LLP

    /s/ Carter G. Phillips                                        /s/ Roger D. Blanc
Carter G. Phillips                                           Roger D. Blanc
Dennis C. Hensley                                            Thomas H. Golden
Kevin J. Campion                                             Jeffrey B. Korn
Eric D. McArthur                                             Norman P. Ostrove
1501 K Street, N.W.                                          787 Seventh Avenue
Washington, D.C. 20005                                       New York, New York 10019
(202) 736-8000                                               (212) 728-8000
cphillips@sidley.com                                         rblanc@willkie.com

*Counsel for Petitioner SIFMA*                               *Counsel for Petitioner NetCoalition*


SECURITIES AND EXCHANGE
COMMISSION

    /s/ Benjamin M. Vetter
Jacob H. Stillman
Dominick V. Freda
Benjamin M. Vetter
100 F. St., NE
Washington, D.C. 20549-8030
(202) 551-7945
vetterb@sec.gov

*Counsel for Respondent*


9564814.1

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

------------------------------------------------------- x
NetCoalition and Securities Industry and    :
Financial Markets Association,
                                            :
      Petitioners,
                                            :    Case No.: 12-1050
    v.
                                            :
United States
Securities and Exchange Commission,         :

      Respondent.                       :
------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2013, I caused to be electronically filed and served on all parties via the ECF system the foregoing Stipulation.


Dated: May 30, 2013                            /s/ Roger D. Blanc
                                                           Roger D. Blanc