UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

------------------------------------------------------- x
NetCoalition and Securities Industry and   :
Financial Markets Association,
                                              :

    Petitioners,
                                              :

    v.                                                                                           :       Case No.: 12-1052

United States                                                        :
Securities and Exchange Commission,
                                              :

    Respondent.
------------------------------------------------------- x

## STIPULATION

Pursuant to the provisions of Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned, who are all of the parties to the above-captioned review proceeding, stipulate and agree that this proceeding shall be dismissed. The undersigned further stipulate and agree that each party shall bear its own costs.

| | |
|---|---|
| Dated: May 30, 2013 | Respectfully submitted, |

| | |
|---|---|
| SIDLEY AUSTIN LLP | WILLKIE FARR & GALLAGHER LLP |
|     /s/ Carter G. Phillips |     /s/ Roger D. Blanc |
| Carter G. Phillips | Roger D. Blanc |
| Dennis C. Hensley | Thomas H. Golden |
| Kevin J. Campion | Jeffrey B. Korn |
| Eric D. McArthur | Norman P. Ostrove |
| 1501 K Street, N.W. | 787 Seventh Avenue |
| Washington, D.C. 20005 | New York, New York 10019 |
| (202) 736-8000 | (212) 728-8000 |
| cphillips@sidley.com | rblanc@willkie.com |
| *Counsel for Petitioner SIFMA* | *Counsel for Petitioner NetCoalition* |

SECURITIES AND EXCHANGE
COMMISSION

    /s/ Benjamin M. Vetter

Jacob H. Stillman
Dominick V. Freda
Benjamin M. Vetter
100 F. St., NE
Washington, D.C. 20549-8030
(202) 551-7945
vetterb@sec.gov

*Counsel for Respondent*

9564826.1

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

------------------------------------------------------ x
NetCoalition and Securities Industry and        :
Financial Markets Association,
                                                :
      Petitioners,
                                                :  Case No.: 12-1052
   v.
                                                :
United States
Securities and Exchange Commission,             :

      Respondent.                          :
------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2013, I caused to be electronically filed and served on all parties via the ECF system the foregoing Stipulation.


Dated: May 30, 2013                          /s/ Roger D. Blanc
                                                         Roger D. Blanc