**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

-------------------------------------------------- x

NetCoalition and Securities Industry and Financial Markets Association, :

:

Petitioners, :

v. : Case No.: 12-1053

United States Securities and Exchange Commission, :

:

Respondent.

-------------------------------------------------- x

**STIPULATION**

Pursuant to the provisions of Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned, who are all of the parties to the above-captioned review proceeding, stipulate and agree that this proceeding shall be dismissed. The undersigned further stipulate and agree that each party shall bear its own costs.

Dated: May 30, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ Carter G. Phillips

Carter G. Phillips
Dennis C. Hensley
Kevin J. Campion
Eric D. McArthur
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
cphillips@sidley.com

*Counsel for Petitioner SIFMA*

WILLKIE FARR & GALLAGHER LLP

/s/ Roger D. Blanc

Roger D. Blanc
Thomas H. Golden
Jeffrey B. Korn
Norman P. Ostrove
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
rblanc@willkie.com

*Counsel for Petitioner NetCoalition*

SECURITIES AND EXCHANGE COMMISSION

/s/ Benjamin M. Vetter

Jacob H. Stillman
Dominick V. Freda
Benjamin M. Vetter
100 F. St., NE
Washington, D.C. 20549-8030
(202) 551-7945
vetterb@sec.gov

*Counsel for Respondent*

9564832.1

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

--------------------------------------------------- x

| | | |
|---|---|---|
| NetCoalition and Securities Industry and Financial Markets Association, | : | |
| | : | |
| Petitioners, | | |
| | : | Case No.: 12-1053 |
| v. | | |
| | : | |
| United States Securities and Exchange Commission, | : | |
| Respondent. | : | |

--------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2013, I caused to be electronically filed and served on all parties via the ECF system the foregoing Stipulation.

Dated: May 30, 2013

/s/ Roger D. Blanc
Roger D. Blanc